UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SEASIDE NAVIGATION APS,                          :

                                   Plaintiff,    :      08 CV _____

                                                 :
     - against -                                        ECF CASE
                                                 :

LMJ INTERNATIONAL LTD. a/k/a LMJ                 :
INTERNATIONAL LIMITED,

                                   Defendant.    :

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 5
DATE FILED: 2/14/08

## ORDER APPOINTING SPECIAL PROCESS
## SERVER PURSUANT TO F.R.C.P. RULE 4(c)

An application having been made by counsel for Plaintiff for an Order Appointing a Special

Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the Affidavit of Nancy R. Peterson, sworn to on February 13,

2008, and good cause shown having been shown, it is hereby

ORDERED that Patrick F. Lennon, Kevin J. Lennon, Charles E. Murphy, Nancy R. Peterson,

Coleen A. McEvoy or any other partner, associate, paralegal or agent of Lennon, Murphy & Lennon,

LLC, including Gotham Process Servers, be, and is hereby, appointed, in addition to the United

States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint,

together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who

(based upon information developed subsequent hereto by the Plaintiff) may hold assets of, for or on

account of, Defendant.

Dated:  New York, NY
        February 13, 2008

_____
                 U.S.D.J.